# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| Doris Lizeth Madrid Gutierrez, et al. | * | |
| Plaintiff(s) | * | |
|  | * | |
| vs. | * | Civil Case No.: 1:25−cv−02835−CJC |
|  | * | |
| Kristi Noem, et al. | * | |
| Defendant(s) | * | |

## SHOW CAUSE ORDER

Pursuant to Standing Order 2018−04, this case was assigned to a United States Magistrate Judge for all proceedings and each party was notified to file a consent or declination within fourteen (14) days after service and entry of appearance. Plantiffs A.A.M., C.A.M., L.A.M., Doris Lizeth Madrid Gutierrez has not filed a consent or declination and more than fourteen (14) days have passed since notice was issued. Thereby, it is hereby

ORDERED that Plantiffs A.A.M., C.A.M., L.A.M., Doris Lizeth Madrid Gutierrez is to appear before the designated Chambers Judge on 10/31/2025 at 2:00 p.m. to show cause, if any, why Plantiffs A.A.M., C.A.M., L.A.M., Doris Lizeth Madrid Gutierrez did not file a consent or declination. Plantiffs A.A.M., C.A.M., L.A.M., Doris Lizeth Madrid Gutierrez should proceed to the Clerk's Office to determine the location of the hearing on the scheduled date; and it is further

ORDERED that this Order shall be vacated if Plantiffs A.A.M., C.A.M., L.A.M., Doris Lizeth Madrid Gutierrez files a consent or declination prior to the show cause hearing date.

Date: September 13, 2025            _____/s/_____
                                    Chelsea J. Crawford
                                    United States Magistrate Judge